# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation of Supervised Release**) |
| v. | Case Number: 03-cr-00622-REB-01 |
| ANGEL RAFAEL VEGA-TENA | USM Number: 73032-008 |
| | Virginia Grady, AFPD <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violation one, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Violation of the Law:  Attempted Re-entry of a Removed Alien | 10/13/06 |

   The defendant is sentenced as provided in page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

   It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

August 3, 2007
Date of Imposition of Judgment

s/ Robert E. Blackburn
Signature of Judge

Robert E. Blackburn, U.S. District Judge
Name & Title of Judge

August 9, 2007
Date

DEFENDANT: ANGEL RAFAEL VEGA-TENA
CASE NUMBER: 03-cr-00622-REB-01                              Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of nine and four-tenths (9.4) months to be served concurrently with District of Arizona Case No. CR06-01867-001-TUC-JMR.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

DEFENDANT:  ANGEL RAFAEL VEGA-TENA
CASE NUMBER:  03-cr-00622-REB-01                                           Judgment-Page 3 of 2

By_____
                    Deputy United States Marshal

Case 1:03-cr-00622-REB   Document 50   Filed 08/09/07   USDC Colorado   Page 3 of 3